Robert W. Payne, Esq. (Bar No. 073901)
PAYNE IP LAW
111 N. Market Street, Suite 300
San Jose, CA   95113
Telephone: (408) 981-4293
E-Mail:  payne@bobpayne.com

Attorneys for Plaintiff
INTEGRIS WEALTH MANAGEMENT, LLC

**IT IS SO ORDERED**
/s/ Edward J. Davila
Judge Edward J. Davila
DATED: 8/26/2015

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGRIS WEALTH MANAGEMENT, LLC,<br><br>   Plaintiff,<br><br>vs.<br><br>INTEGRYS WEALTH ADVISORS, LLC,<br><br>   Defendant. | NO.  5:15-cv-03143-EJD<br><br>NOTICE OF VOLUNTARY DISMISSAL |

   Plaintiff, INTEGRIS WEALTH MANAGEMENT, hereby voluntarily dismissed this lawsuit, without prejudice, with each side to bear its own costs and fees.

    The Clerk shall close this file.

Dated:  August 25, 2015                             PAYNE IP LAW


                                          By_____/s/_____
                                             Robert W. Payne
                                             Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

**CASE NAME:** INTEGRIS WEALTH MANAGEMENT v. INTEGRYS WEALTH ADVISORS, LLC,

**CASE NUMBER:** 3:15-cv-03143-EJD

I declare that on August 25, 2015, I served the following documents:

**NOTICE OF VOLUNTARY DISMISSAL**

upon the following at the address set out immediately below:

Integrys Wealth Advisors, LLC
900 Technology Way, Suite 130
Libertyville, IL  60048
Attn: Richard Kolb

by the following means:
_X_   Placed in U.S. Mail
__    Sent by fax
__    Hand delivered
__    Sent by delivery service (e.g., FedEx, UPS)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  August 25, 2015                    _/s/Robert W. Payne_____
                                           Printed Name: Robert W. Payne